In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00048-CR**

_____

**GERALD GLENN NUGENT JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR28370**

**ORDER**

The clerk's record in the above styled and numbered cause was filed March 16, 2012, and the reporter's record was filed May 25, 2012. On July 31, 2012, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." Counsel for appellant did not file a brief, but on September 17, 2012, appellant requested that the record be supplemented with a hearing. On November 2, 2012, the court reporter notified the Court that no additional hearings had been recorded. On November 6, 2012, the appellant's court-appointed attorney, Scott Pawgan, was

1

notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Counsel submitted an additional request for an extension but did failed to submit a brief with his request. Although the brief of the appellant was due to be filed August 28, 2012, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed and whether good cause exists for appointed counsel, Scott Pawgan, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before December 31, 2012.

ORDER ENTERED November 29, 2012.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2